FILED

JUN 18 2009

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Alice A Williams                          19157-016

Federal Prison Camp                       _____

P.O. Box-A Range-3B                       _____

Alderson West Virginia 24910              _____
(Enter above the full name of the plaintiff      (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).                   CA 1:09-0697

**VERSUS**                    CIVIL ACTION NO. 1R1-MXR-2009-00881
                              (Number to be assigned by Court)

Mrs. Amber Nelson Warden

Federal Prison Camp

P.O. Box-A

Alderson West Virginia 24910
(Enter above the full name of the defendant
or defendants in this action)

## <u>COMPLAINT</u>

I.    **Previous Lawsuits**

      A.    Have you begun other lawsuits in state or federal court dealing with the same
            facts involved in this action or otherwise relating to your imprisonment?

                  Yes _____        No __✓__

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.   Parties to this previous lawsuit:

        Plaintiffs: _____ N / A _____

        _____

        _____

        Defendants: _____

        _____

        _____

    2.   Court (if federal court, name the district; if state court, name the county);

        _____ N / A _____

        _____

    3.   Docket Number: _____

    4.   Name of judge to whom case was assigned:

        _____

    5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

        _____ N / A _____

        _____

    6.   Approximate date of filing lawsuit: _____

    7.   Approximate date of disposition: _____

II.     **Place of Present Confinement:** Federal Prison Alderson Camp

    A.    Is there a prisoner grievance procedure in this institution?

              Yes  ✓        No _____

    B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

              Yes  ✓        No _____

    C.    If you answer is YES:

        1.    What steps did you take? Filed B-9, B-10, B-11 And a Tort Claim as well

        2.    What was the result? All Were Denied

    D.    If your answer is NO, explain why not: _____

III.    **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.    Name of Plaintiff: Alice Williams A. 19157-016

        Address: Federal Prison Camp P.U. Box-A Alderson WV 24910

    B.    Additional Plaintiff(s) and Address(es): Helantha Jones A

        1220 Alabama Street Gadsden, AL 35901

        Ali Faridah #58378-066 Federal Prison Camp

        P.U. Box-A Alderson West Virginia 24910

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.    Defendant: _Mrs. Amber Nelson_____

is employed as: _The WARden_____

at _Alderson West Virginia 24910_____

D.    Additional defendants: _____

_____

_____

_____

## IV.    Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_See Document Attached_____

_____

_____

_____

_____

_____

_____

_____

4

IV.   **Statement of Claim (continued):**

V.   **Relief**

     <u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.
     Cite no cases or statutes.

I want the Court to Assist me in Attaining
Monetary Reimbursement for my continuing time of my
Embarassment, Suffering, Emotional Distress And lost of weight behind this
plus Physical Marks that Remain on my Body Because of the
Care I ~~never~~ Recieved After my initial Self Health seeking
behavior for a Simple "Rash" recieved while Working at landscape
At Alderson Federal Prison Camp period.

**V.**   **Relief (continued)):**

_____

_____

_____

_____

_____

**VII.**   **Counsel**

A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____ *N / A* _____

B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _X_        No _____

If so, state the name(s) and address(es) of each lawyer contacted:

_Mr. Roger D. Furman of Furman + Huber L.C. 100 Capitol Street Suite 400_

_Charleston WV 25301, Jane Moran Law Office Post office Drawer 221 Williason WV 2566._

If not, state your reasons: _____

_____

C.   Have you previously had a lawyer representing you in a civil action in this court?

Yes _____        No _X_

If so, state the lawyer's name and address:

_____

_____

Signed this _AW_ day of _June 16_____, 20_09_.

_Alice A Williams_____
_Federal Prison Camp P.U. BOX-A_
_Alderson West Virginia 24910_____
_Alice A. Williams_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 16, 2009_____.
                    (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Alice A Williams                    19157-016

Federal Prison Corp

P.O. Box - A Range - 3B

Alderson West Virginia 24910
*(Enter above the full name of the plaintiff*     *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**                    CIVIL ACTION NO. TRT-MXR-2009-00881
                              *(Number to be assigned by Court)*

Mrs. Alice Lowe Assist Warden

Federal Prison Carp

P.O. Box - A

Alderson West Virginia 24910
*(Enter above the full name of the defendant*
*or defendants in this action)*

## **COMPLAINT**

I.    **Previous Lawsuits**

      A.    Have you begun other lawsuits in state or federal court dealing with the same
            facts involved in this action or otherwise relating to your imprisonment?

                  Yes _____        No _____

1

B.   If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.   Parties to this previous lawsuit:

Plaintiffs: _____ *N / A* _____

_____

_____

Defendants: _____

_____

_____

2.   Court (if federal court, name the district; if state court, name the county):

_____ *N / A* _____

_____

3.   Docket Number: _____

4.   Name of judge to whom case was assigned:

_____

5.   Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

_____ *N / A* _____

_____

6.   Approximate date of filing lawsuit: _____

7.   Approximate date of disposition: _____

2

II.   **Place of Present Confinement:** Federal Prison Camp Alderson

   A.   Is there a prisoner grievance procedure in this institution?

   Yes ✓          No _____

   B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes _____          No _____

   C.   If you answer is YES:

   1.   What steps did you take? Filed B-9, B-10, B-11 And a Tort Claim as well

   2.   What was the result? All were Denied

   D.   If your answer is NO, explain why not: _____

III.   **Parties**

   (In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A.   Name of Plaintiff: Alice A Williams 19157-016

   Address: Federal Prison Camp P.O.Box - A Alderson West Virginia 24910

   B.   Additional Plaintiff(s) and Address(es): Helantha Jene A 1220

   Alabama Street Gadsden, AL 35901

   ALi Faridah #58378-066 Federal Prison Camp

   P.O.Box - A Alderson West Virginia 24910

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.   Defendant: _Mrs. Alice Lowie_

is employed as: _The Assist Warden_

at _Alderson West Virginie 24910_

D.   Additional defendants: _____

_____

_____

_____

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_See Document attached_

_____

_____

_____

_____

_____

_____

_____

_____

4

IV.    **Statement of Claim (continued):**

V.    **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.

I want the Court to Assist me in attaining
Monetary Reimbursement for my continuing time of my
Embarrassment, Suffering, Emotional Distress and lost of weight
behind this plus Physical Marks that remain on my Body.
Because of the Care I recieved After my initial self Health
Seeking behavior for a simple "Rash" Recieved while Working
At Landscape at Alderson Federal Prison Camp period.

**V.   Relief (continued)):**

_____

_____

_____

_____

_____

**VII.   Counsel**

A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

N / A

B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes ___✗___          No _____

If so, state the name(s) and address(es) of each lawyer contacted:

Mrs. Roger D. Forman Of Forman + Huber L.C. 100 Capitol Street Suite 400 Charleston WV 25301, Mrs. Jane Moran Law Office Post Office Drawer 221 Williamson WV 25661

If not, state your reasons: _____

_____

C.   Have you previously had a lawyer representing you in a civil action in this court?

Yes _____          No ___✗___

6

If so, state the lawyer's name and address:

_____

_____

Signed this AW 16 day of June 16 _____, 20 0 9.

Alice A Williams 19157-016
Federal Prison Corp
P.O. Box - A Range- 3D
Alderson West Virginia 24910

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2009 _____.
(Date)

_____

Signature of Movant/Plaintiff

_____

Signature of Attorney
(if any)

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Alice A Williams                     )9)57-016

Federal Prison Corp

P.O. Box - A  Range - 3B

Alderson West Virginia 24910
(Enter above the full name of the plaintiff          (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                 CIVIL ACTION NO. TR1-MXR-2009-00881
                           (Number to be assigned by Court)

Mr. Blankenship Health Services Administrator

Federal Prison Corp

P.O. Box - A

Alderson West Virginia
(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I.   **Previous Lawsuits**

A.   Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action or otherwise relating to your imprisonment?

Yes _____      No ___✓___

1

B.  If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit:

Plaintiffs:  _____ N / A _____

_____

_____

Defendants:  _____

_____

_____

2.  Court (if federal court, name the district; if state court, name the county);

_____ N / A _____

_____

3.  Docket Number:  _____

4.  Name of judge to whom case was assigned:

_____

5.  Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

_____ N / A _____

_____

6.  Approximate date of filing lawsuit:  _____

7.  Approximate date of disposition:  _____

2

**II.**   **Place of Present Confinement:** _____

A.   Is there a prisoner grievance procedure in this institution?

Yes ✓       No _____

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ✓       No _____

C.   If you answer is YES:

1.   What steps did you take? Filed B-9, B-10, B-11 And a Tort Claim as well.

2.   What was the result? All were denied

D.   If your answer is NO, explain why not: _____

**III.   Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.   Name of Plaintiff: Alice A Williams 19157-016

Address: Federal Prison Camp P.O. Box-A Alderson West Virginia 24910

B.   Additional Plaintiff(s) and Address(es): Helentha A June

1220 Alabama Street Gadsden, AL 35901

Ali Faridah #58378-066 Federal Prison Camp

P.O. Box-A Alderson West Virginia 24910

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.   Defendant: _Mr. Blankenship_

is employed as: _The Health Service Administrator_

at _Alderson West Virginia 24910_

D.   Additional defendants: _____

_____

_____

_____

## IV.   Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_See Document Attached_

4

**IV.    Statement of Claim (continued):**

**V.    Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.

I WANT the Court to Assist me in Attaining
Monetary Reimbursement for my Continuing time of my
Embarassement, Suffering, Emotional Distress and lost of Weight
behind this plus Physical MARK's that remain on my Body.
Because of the Care I recieved after my initial self Health
Seeking behavior for a simple "RASh" recieved while Working
At Landscape at Alderson Federal Prison CAmp period.

5

**V.     Relief (continued)):**

_____

_____

_____

_____

_____

_____

**VII.   Counsel**

A.     If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____ N / A _____

B.     Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes ✗          No _____

If so, state the name(s) and address(es) of each lawyer contacted:

Mr. Roger D. Furman of Furman Hubea L.C. 1000 Capitol Street Suite 400 Charleston WV 25301, Mrs. Jane Moran Law Office Post Office Drawer 221 Williamson WV 25661

If not, state your reasons: _____

_____

C.     Have you previously had a lawyer representing you in a civil action in this court?

Yes _____          No ✗

If so, state the lawyer's name and address:

_____

_____

Signed this AW 16 day of _June_____, 200 9 .

Alice A Williams 19157-016
Federal Prison Camp
P.O. Box-A Range-3B
Alderson West Virginia 24910
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 16, 2009_____.
                        (Date)


_____
Signature of Movant/Plaintiff



_____
Signature of Attorney
(if any)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Alice A Williams                          19157-016

Federal Prison Camp

P.O. Box -A  Range - 3D

Alderson West Virginia 24910
(Enter above the full name of the plaintiff          (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                    CIVIL ACTION NO. TRT-MXR-2009-00881
                              (Number to be assigned by Court)

Dr. Neal Rehberg Osteopath

Federal Prison Camp

P.O. Box - A

Alderson West Virginia 24910
(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I.   **Previous Lawsuits**

     A.   Have you begun other lawsuits in state or federal court dealing with the same
          facts involved in this action or otherwise relating to your imprisonment?

                    Yes _____        No ✓

1

B.   If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.   Parties to this previous lawsuit:

Plaintiffs: _____ N / A _____

_____

_____

Defendants: _____

_____

_____

2.   Court (if federal court, name the district; if state court, name the county);

_____ N / A _____

_____

3.   Docket Number: _____

4.   Name of judge to whom case was assigned:

_____

5.   Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

_____ N / A _____

_____

6.   Approximate date of filing lawsuit: _____

7.   Approximate date of disposition: _____

2

II.     **Place of Present Confinement:** Federal Prison Camp Alderson

    A.    Is there a prisoner grievance procedure in this institution?

               Yes ✓        No _____

    B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

               Yes ✓        No _____

    C.    If you answer is YES:

        1.    What steps did you take? Filed B-9, B-10, B-11 And a Tort Claim As Well

        2.    What was the result? All were Denied

    D.    If your answer is NO, explain why not: _____

III.    **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.    Name of Plaintiff: Alice A Williams 19157-016

           Address: Federal Prison Camp P.O. Box - A Alderson WV 24910

    B.    Additional Plaintiff(s) and Address(es): Helantha A Juner 1220 Alabama Street Gadsden, AL 35901 ALi Faridah #58378-066 Federal Prison Camp P.O. Box - A Alderson West Virginia 24910.

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.    Defendant: _Dr. Neal Rehberg_

is employed as: _Osteopath at Health Services_

at _Alderson Federal Prison Camp_

D.    Additional defendants: _____

_____

_____

_____

## IV.   Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_See Document Attached_

4

IV.   **Statement of Claim (continued):**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

V.   **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.

I want the Court to Assist me in Attaining
Monetary Reimbursement for my Continuing time of my
Embarassment, Suffering, Emotional Distress and lost of weight
behind this, plus Physical Mark's that Remain on my Body.
Because of the Care I recieved After my initial self Health
Seeking behavior for a Simple "Rash" recieved while working
At landscape At Alderson Federal Prison Camp period.

_____

_____

5

**V.    Relief (continued)):**

_____

_____

_____

_____

_____

**VII.   Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

                N/A

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

                Yes ✓        No _____

        If so, state the name(s) and address(es) of each lawyer contacted:

    Mr. Roger D. Forman of Forman + Huber L.C. 100 Capitol Street Suite 400 Charleston, W.V 25301, Mrs. Jane Moran Law office Post Office Drawer 221 Williamson W V 25661

        If not, state your reasons: _____

    _____

    C.    Have you previously had a lawyer representing you in a civil action in this court?

                Yes _____        No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this *AW 16* day of _June_____, 20*09*.

Alice A Williams 19157-016

Federal Prison Comp

P.O. Box- A Alderson West Virginia 24910

Alice A. Williams
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 16, 2009_____.
(Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Alice A Williams                        19157-016

Federal Prison Camp                     _____

P.O. Box-A Range-3B                     _____

Alderson West Virginia 24910            _____
*(Enter above the full name of the plaintiff*    *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**                      CIVIL ACTION NO. TRT-MXR-2009-00841
                                *(Number to be assigned by Court)*

Mrs. D. Renick Physical Assistance

Federal Prison Camp

P.O. Box-A

Alderson West Virginia 24910
*(Enter above the full name of the defendant*
*or defendants in this action)*

## COMPLAINT

**I.**   **Previous Lawsuits**

   **A.**   Have you begun other lawsuits in state or federal court dealing with the same
            facts involved in this action or otherwise relating to your imprisonment?

            Yes _____          No ✓_____

1

B.     If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.     Parties to this previous lawsuit:

       Plaintiffs: _____ N / A _____

       _____

       _____

       Defendants: _____

       _____

       _____

2.     Court (if federal court, name the district; if state court, name the county);

       _____ N / A _____

       _____

3.     Docket Number: _____

4.     Name of judge to whom case was assigned:

       _____

5.     Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

       _____ N / A _____

       _____

6.     Approximate date of filing lawsuit: _____

7.     Approximate date of disposition: _____

2

II.   **Place of Present Confinement:** _____

    A.    Is there a prisoner grievance procedure in this institution?

              Yes ✓         No _____

    B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

              Yes ✓         No _____

    C.    If you answer is YES:

        1.    What steps did you take? Filed B-9, B-10, B-11 And a Tort Claim as well

        2.    What was the result? All were Denied

    D.    If your answer is NO, explain why not: _____

III.  **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.    Name of Plaintiff: Alice A Williams 19157-016

        Address: Federal Prison Camp P.O. Box - A Alderson West Virginia 24910

    B.    Additional Plaintiff(s) and Address(es): Helantha A Jones 1220 Alabama Street Gadsden, AL 35901 Ali Faridah 58378-066 Federal Prison Camp P.O. Box - A Alderson West Virginia 24910

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.    Defendant: _Mrs. D. Renick_

is employed as: _The Physical Assistance Health Service_

at _Alderson West Virginia 24910_

D.    Additional defendants: _____

_____

_____

_____


## IV.    Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_See Document Attached_

_____

_____

_____

_____

_____

_____

_____

4

IV.   Statement of Claim (continued):

V.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.

I want the Court to Assist me in attaining
Monetary Reimbursment for my continuing time of ~~book~~ My
Embarassment, Suffering, Emotional Distress and lost of weight behind
this plus Physical Marks that remain on my Body.
Because of the Care I Recieved after my initial self Health
Seeking behavior for a Simple "Rash" Recieved while Working At
Landscape at Alderson Federal Prison Camp period.

5

**V.      Relief (continued)):**

_____

_____

_____

_____

_____

_____

**VII.    Counsel**

A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes  ___✗___          No _____

If so, state the name(s) and address(es) of each lawyer contacted:

Mr. Roger D. Forman of Forman+Huber L.C. 100 Capitol Street Suite 400 Charleston W.V 25301, Mrs. Jane Moran Law Office Post Office Drawer 221 Williamson WV 25661

If not, state your reasons: _____

_____

C.    Have you previously had a lawyer representing you in a civil action in this court?

Yes _____          No ___✗___

6

If so, state the lawyer's name and address:

_____

_____

Signed this _AW 16_ day of _June_ , 20_09_.

_Alice Williams A 19152-016_
_Federal Prison Camp_
_P. O. Box - A - Range - 3B_
_Alderson West Virginia 24910_
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 16 2009_ .
(Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Alice A Williams                           19157-016

Federal Prison Corp

P.O. Box-A Range-3B

Alderson West Virginia 24910
(Enter above the full name of the plaintiff          (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                          CIVIL ACTION NO. TRT-MYR-2009-00881
                                    (Number to be assigned by Court)

Mr. Billy McMillion, RN Contract Staff

Federal Prison Corp

P.O. Box - A

Alderson
(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I.      **Previous Lawsuits**

        A.      Have you begun other lawsuits in state or federal court dealing with the same
                facts involved in this action or otherwise relating to your imprisonment?

                        Yes _____          No ✓_____

1

B.   If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1.   Parties to this previous lawsuit:

       Plaintiffs:   _____ N / A _____

       _____

       _____

       Defendants:   _____

       _____

       _____

   2.   Court (if federal court, name the district; if state court, name the county);

       _____ N / A _____

       _____

   3.   Docket Number: _____

   4.   Name of judge to whom case was assigned:

       _____

   5.   Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

       _____ N / A _____

       _____

   6.   Approximate date of filing lawsuit: _____

   7.   Approximate date of disposition: _____

2

II.    **Place of Present Confinement:** _____

   A.    Is there a prisoner grievance procedure in this institution?

   Yes _____    No _____

   B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes _____    No _____

   C.    If you answer is YES:

   1.    What steps did you take? Filed B-9, B-10, B-11 And a Tort Claim as well

   2.    What was the result? All were Denied

   _____

   D.    If your answer is NO, explain why not: _____

   _____

III.   **Parties**

   (In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A.    Name of Plaintiff: Alice A Williams 19157-016

   Address: Federal Prison Camp P.O. Box-A Alderson WEST Virginia 24910

   B.    Additional Plaintiff(s) and Address(es): Helantha A Jones

   1220 Alabama Street Gadsden, AL 35901

   Ali Faridah 58378-066 Federal Prison Camp P.O. Box-A

   Alderson West Virginia 24910

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.    Defendant: _Mr. Billy Mc Millan_

is employed as: _RN Contract Staffed Health Service_

at _Alderson West Virginia 24910_

D.    Additional defendants: _____

_____

_____

_____

## IV.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_See Document Attached_

4

IV.    **Statement of Claim (continued):**

V.    **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.

I want the Court to Assist me in Attaining
Munetary Reimbursment for my Continuing time of my
Embarassment, Suffering, Emotional Distress and lost of weight
behind this plus Physical Mark's that Remain on My Body,
Because of the Care I recieved after my initial self
Health seeking behavior for a Simple "Rash" Recieved while
Working at Land scape at Alderson Federal Prison Camp period.

5

**V.     Relief (continued)):**

_____

_____

_____

_____

_____

**VII.    Counsel**

A.    If someone other than a lawyer is assisting you in preparing this case, state the
person's name:

N/A

B.    Have you made any effort to contact a private lawyer to determine if he or she
would represent you in this civil action?

Yes ✓          No _____

If so, state the name(s) and address(es) of each lawyer contacted:

Mr Roger D, Forren of Forren+Hubert, C. 100 Capitol Street Suite-400 Charleston WV
25301, Mrs, Jane Moran Law Office Post Office Drawer 221 Williamson W, V 25661

If not, state your reasons: _____

_____

C.    Have you previously had a lawyer representing you in a civil action in this
court?

Yes _____          No ✓

6

If so, state the lawyer's name and address:

_____

_____

Signed this _AW 16_ day of _June_____, 20_09_.

Alice A Williams 19157-016

Federal Prison Camp

P. O. Box - A Range - 3B

Alderson West Virginia 24910
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 16, 2009_____.
                    (Date)


_____

Signature of Movant/Plaintiff


_____
Signature of Attorney
(if any)

7



19157-016
TERESA L. DEPPNER
P.O. BOX 2546
Charleston, WV - 25329
United States

7003 1680 9000 5767 6228

CERTIFIED MAIL